**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| EDWIN DIAZ, on behalf of himself and all others similarly situated,<br><br>Plaintiffs,<br><br>-against-<br><br>FRENCH CONNECTION GROUP, INC.<br><br>Defendant. | Case No. 1:18-cv-12384-DAB<br><br>**AFFIDAVIT OF PLAINTIFF'S COUNSEL** |

I, Joseph H. Mizrahi, declare under penalty of perjury that the parties have entered into a private and confidential settlement on an individual basis, whereby the legal rights of the purported, unnamed class members, as alleged in the complaint, remain unaltered.

Dated:   March 12, 2019
             Brooklyn, New York

>Respectfully submitted,
>
>By: */s/ Joseph H. Mizrahi*
>Joseph H. Mizrahi, Esq.
>Cohen & Mizrahi LLP